## CEDAR RAPIDS AND ST. PAUL RAILROAD COMPANY v. STEWART *et al.*

### *Appeal from Benton District Court — Thursday, May* 14.

THIS case involved only questions of fact. No questions of law were discussed by the court, and the judgment below was affirmed as being sustained by the evidence. DILLON, Ch. J., delivering the opinion.

*C. H. Conklin* for the plaintiff — *Preston & Son* and *Vanatta* for the defendants.